United States District Court
Southern District of Texas
ENTERED

JUN 3 0 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

26

United States District Court
Southern District of Texas
FILED

JUN 22 1998

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA DE JESUS AGUIRRE, ET AL | § | |
| Plaintiffs | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-97-162 |
| | § | |
| SOUTHERN PACIFIC TRANSPORTATION | § | |
| CO. and W.R. GRACE CO.-CONN. | § | |
| Defendants. | § | |

# SCHEDULING ORDER

**ON THIS DAY** came on to be considered the Initial Pretrial Conference in the above entitled and numbered case, **ACCORDINGLY:**

**IT IS HEREBY ORDERED** that:

1)  Depositions of first twenty (20) Plaintiffs (in alphabetical order), in October 1998;

2)  Plaintiffs designation of experts (other than medical and economic) and providing reports by April 1, 1999;

3)  Depositions of the Plaintiffs' expert (other than medical and economic) in May and June, 1999;

4)  Defendants designation of experts (other than medical and economic) and providing reports by August 1, 1999;

5)  Depositions of the Defendants' experts (other than medical and economic) in September, October and November of 1999;

6) Plaintiffs' designation of medical and economic experts and providing reports on the first twenty (20) Plaintiffs by October 1, 1999;

7) The IMEs of the first twenty (20) Plaintiffs in October, 1999;

8) Depositions of first twenty (20) Plaintiffs' medical and economic experts in October and November, 1999;

9) Defendants' designation of medical and economic experts and providing reports on first twenty (20) Plaintiffs by December 15, 1999;

10) Depositions of Defendants' medical and economic experts on first twenty (20) Plaintiffs by January 31, 2000;

11) Joint Pretrial Order on first twenty (20) Plaintiffs shall be filed by the _14_ day of ~~February~~ JAN, 2000;

12) Jury Selection on first twenty (20) Plaintiffs is set for February _4_, 2000, at 8:30 o'clock a.m.;

13) Trial on the Merits of the first twenty (20) Plaintiffs is set for February _7_, 2000, at 9:00 o'clock a.m. before Magistrate Judge John William Black;

14) Joint Pretrial Order on second twenty (20) Plaintiffs (in alphabetical order) shall be filed by ~~April~~ MARCH _10_, 2000;

15) Jury Selection on the second twenty (20) Plaintiffs is set for ~~April~~ MARCH _31_, 2000;

16) Trial on the Merits of the second twenty (20) Plaintiffs is set for April _3_, 2000;

17) Discovery will proceed with Plaintiffs in groups of twenty (20) in alphabetical order and will include the activities and follow the dates set forth in Paragraphs 1 and 6 through 10 in sequential monthly intervals.[1]

Additionally, the parties have entered into a stipulation that collateral estoppel shall not apply to any trial of this cause and it is so **ORDERED**.

**DONE** at Brownsville, Texas, on this 22ND day of JUNE, 1998.

_____
John Wm. Black
United States Magistrate Judge


AGREED TO AND APPROVED:

**LAW OFFICE OF EDWARD A. STAPLETON, III**
1325 Palm Blvd.
Brownsville, Texas 78520
Telephone No. 956/541-4981
Telecopier No. 956/504-3674

By: _____
EDWARD A. STAPLETON, III
State Bar No. 19058400
ATTORNEYS FOR PLAINTIFFS

---

[1] By way of example, the second group of 20 Plaintiffs will proceed as follows:
1) Plaintiffs depositions in November 1998;
2) Plaintiffs' designation of medical and economic experts with reports by November 1, 1999;
3) IMEs in November 1999;
4) Depositions of medical and economic experts in November and December 1999;
5) Defendants' designation of medical and economic experts with reports by January 15, 2000;
6) Depositions of Defendants' medical and economic experts by February 28, 2000.

**RODRIGUEZ, COLVIN & CHANEY**
P. O. Box 2155
Brownsville, Texas 78522-2155
Telephone No. 956/542-7441
Telecopier No. 956/541-2170

By: _____
    NORTON A. COLVIN, JR.
    State Bar No. _____

ATTORNEYS FOR SOUTHERN PACIFIC
TRANSPORTATION CO.


**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
Telephone No. 956/428-7495
Telecopier No. 956/428-2954

By: _____
    TOM LOCKHART
    State Bar No. 12473500

ATTORNEYS FOR W.R. GRACE & CO.- CONN

# AGREED TO AND APPROVED:
(Scheduling Order)


## BECK, REDDEN & SECREST, L.L.P.
1221 McKinney, Suite 4500
Houston, Texas  77010-2010


By: _____
      DAVID J. BECK
      State Bar No. _____

**ATTORNEYS FOR THIRD PARTY DEFENDANT,
SUN COMPANY, INC.**