United States District Court
Southern District of Texas
ENTERED

JUL 29 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

JUL 28 1998

Michael N. Milby, Clerk of Court

30

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA DE JESUS AGUIRRE, ET AL | § § § | |
| V. | § | CIVIL ACTION NO. B-97-162 |
| | § | |
| SOUTHERN PACIFIC TRANSPORTATION CO., ET AL | § § § | JURY DEMANDED |

## ORDER GRANTING AGREED MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT

CAME ON TO BE HEARD Agreed Motion for Leave to File Fourth Amended Complaint, and the Court, having considered the motion, any response thereto, along with the arguments and authorities of counsel, finds that the Motion is well taken; and accordingly, the Court

GRANTS the Agreed Motion for Leave to File Fourth Amended Complaint; and,

ORDERS that the Agreed Motion For Leave To File Fourth Amended Complaint be filed.

Signed on this the 28TH day of July, 1998, at Brownsville, Texas.

JUDGE PRESIDING