85

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 1 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIA DE JESUS AGUIRRE, ET AL, Plaintiffs | § § § § | |
| VS. | § | CIVIL ACTION NO. B-97-162 |
| SOUTHERN PACIFIC TRANSPORTATION CO., ET AL, Defendants | § § § § | |

## UNOPPOSED ORDER ON MOTION TO APPEAR PRO HAC VICE

The Court has considered the Unopposed Motion to Appear Pro Hac Vice filed herein by Defendant **Velsicol Chemical Corporation** wherein Defendant's counsel requests the Court's permission to allow Bonnie Semilof to appear before this Court pro hac vice for all matters pertaining to this case. The Court, after considering the unopposed Motion and the evidence presented, is of the opinion that said Motion should be granted.

It is, therefore, **ORDERED** that Bonnie Semilof be granted to appear before this Court pro hac vice for all matters pertaining to this case.

October 21, 1998

_____
United States District Judge