97

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIA DE JESUS AGUIRRE, et al., | * | |
| Plaintiffs | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-97-162 |
| | * | |
| SOUTHERN PACIFIC | * | |
| TRANSPORTATION COMPANY, | * | |
| Defendant | * | |

## ORDER OF TRANSFER

ON THIS DAY came on for consideration the Consents to Proceed Before United States Magistrate Judge John Wm. Black pursuant to 28 U.S.C. §636(c), which have been executed by all parties in the above cause, and the Court, having considered these consents, finds that this cause should be transferred. IT IS THEREFORE

ORDERED that this case is transferred to United States Magistrate Judge John Wm. Black to conduct all further proceedings, including final judgment.

ENTERED this ____ day of December, 1998.

_____
HILDA TAGLE
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARIA DE JESUS AGUIRRE, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-162 |
| § | |
| SOUTHERN PACIFIC TRANSPORTATION § | |
| CO., ET AL. § | |

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| /s/ Walter Conrad | Chevron Chemical Company Hercules Incorporated | 12/9/98 |
| | The Dow Chemical Company Rhone Poulenc, Inc. | |
| | Union Carbide Corporation | |

### ORDER OF TRANSFER

This case is transferred to United States Magistrate Judge

John Wm. Black

to conduct all further proceedings, including final judgment.

_____          _____
Date                                              Hilda G. Tagle
                                                       United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY** IF ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 0 5 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIA DE JESUS AGUIRRE, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-162 |
| | § | |
| SOUTHERN PACIFIC TRANSPORTATION | § | |
| CO., ET AL. | § | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| Andrew Schirrmeister | DuPont | 12/8/98 |
| [signature] (for Andrew Schirrmeister) | | |
| | | |
| | | |

## ORDER OF TRANSFER

This case is transferred to United States Magistrate Judge

John Wm. Black

to conduct all further proceedings, including final judgment.

_____          _____
Date                              Hilda G. Tagle
                                  United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 0 5 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIA DE JESUS AGUIRRE, ET AL. | § § | |
| VS. | § § | CIVIL ACTION NO. B-97-162 |
| SOUTHERN PACIFIC TRANSPORTATION CO., ET AL. | § § | |

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| Sloane Underwood  Sloane Underwood | Elf Atochem | 12/9/98 |
| [signature]  Edmundo O. Ramirez | Shell | 12/9/98 |
| [signature]  Frank G. Jones | FMC | 12/9/98 |
| | | |

### ORDER OF TRANSFER

This case is transferred to United States Magistrate Judge

John Wm. Black

to conduct all further proceedings, including final judgment.

_____          _____
         Date                                Hilda G. Tagle
                                    United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY** IF ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| MARIA DE JESUS AGUIRRE, ET AL. | § | |
|---|---|---|
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-162 |
| | § | |
| SOUTHERN PACIFIC TRANSPORTATION | § | |
| CO., ET AL. | § | |

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| *[signature]* | BF Goodrich | 12/9/98 |
| Arthur R. Almquist | | |
| *[signature]* | | 12/9/98 |
| *[signature]* Bonnie J. Semilof | Velsicol | 12/9/98 |

### ORDER OF TRANSFER

This case is transferred to United States Magistrate Judge

John Wm. Black

to conduct all further proceedings, including final judgment.

_____           _____
       Date                         Hilda G. Tagle
                                 United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIA DE JESUS AGUIRRE, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-162 |
| | § | |
| SOUTHERN PACIFIC TRANSPORTATION CO., ET AL. | § § | |

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| *[signature]* JEFFREY RONECKER | OLIN Corporation | 12/11/98 |
| | | |
| | | |
| | | |

### ORDER OF TRANSFER

This case is transferred to United States Magistrate Judge

John Wm. Black

to conduct all further proceedings, including final judgment.

_____          _____
Date                                              Hilda G. Tagle
                                                   United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.