/01

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 20 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARIA DE JESUS AGUIRRE, ET AL | * |
| | * |
| VS. | *  CIVIL ACTION NO. B-97-162 |
| | * |
| SOUTHERN PACIFIC TRANSPORTATION | * |
| CO., ET AL | * |

## ORDER

On this date came on to be heard the Motion to Abate Oral Depositions of ED STAPLETON and MICHAEL R. COWEN from the LAW OFFICE OF STAPLETON, LIVESAY & COWEN, and J. THOMAS RHODES, III, and LYONS & RHODES in connection with the above-entitled and numbered cause, and the Court is of the opinion that good cause has been shown, and that the same should accordingly be, in all things, granted.

It is therefore ORDERED, ADJUDGED and DECREED that Movants Motion to Abate Oral Depositions, is hereby, in all things, GRANTED.

SIGNED and ENTERED this 19TH day of JAN, 1999.

_____
PRESIDING JUDGE

5

APPROVED AND ENTRY REQUESTED:

_____
J. Thomas Rhodes, III
State Bar No. 16820050
LYONS & RHODES, P.C.
126 Villita Street
San Antonio, Texas 78205
Telephone No. (210) 225-5251
Telephone No. (210) 225-6545


_____
Ed Stapleton
State Bar No. 19058400
Michael R. Cowen
State Bar No. 00795306
STAPLETON, LIVESAY & COWEN
1325 Palm Boulevard
Brownsville, Texas 78520
(956) 541-4981
(956) 504-3674 (Fax)

6