105

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
FEB 08 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | |
|---|---|
| MARIA DE JESUS AGUIRRE, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-162 |
| § | |
| SOUTHERN PACIFIC TRANSPORTATION § | |
| CO. AND W.R. GRACE CO. § | |

TYPE OF CASE:        __X__ CIVIL        ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**FEBRUARY 26, 1999 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    FEBRUARY 5, 1999

TO:    MR. MICHAEL COWEN
       MR. ARTHUR ALMQUIST
       MR. NORTON COLVIN
       MR. EDMUNDO RAMIREZ
       MS. MARGERY HUSTON
       MR. RICK FANCHER
       MR. VAUGHN WATERS
       MR. F. WALTER CONRAD
       MR. ANDREW SCHIRRMEISTER
       MR. MICHAEL PERRIN
       MR. BURTIS RICE
       MR. FRANK JONES
       MR. TOM LOCKHART
       MS. PATRICIA KELLY
       MR. DAVID BECK