*108*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

FEB 17 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| MARIA DE JESUS AGUIRRE, ET AL. | § § | |
| VS. | § § | CIVIL ACTION NO. B-97-162 |
| SOUTHERN PACIFIC TRANSPORTATION CO. AND W.R. GRACE CO. | § § | |

TYPE OF CASE:        __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE 500 E. 10TH STREET BROWNSVILLE, TEXAS** | **SECOND FLOOR COURTROOM, #2** |

| DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME: |
|---|---|
| **FEBRUARY 26, 1999 AT 1:30 P.M.** | **MARCH 1, 1999 AT 2:00 P.M.** |

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   FEBRUARY 17, 1999

TO:   MR. MARIO GARCIA
        MR. ARTHUR ALMQUIST
        MR. NORTON COLVIN
        MR. EDMUNDO RAMIREZ
        MS. MARGERY HUSTON
        MR. RICK FANCHER
        MR. VAUGHN WATERS
        MR. F. WALTER CONRAD
        MR. ANDREW SCHIRRMEISTER
        MR. MICHAEL PERRIN
        MR. BURTIS RICE
        MR. FRANK JONES
        MR. TOM LOCKHART
        MS. PATRICIA KELLY
        MR. DAVID BECK
        MR. THOMAS E. GANUCHEAU