|||

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**FEB 18 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIA DE JESUS AGUIRRE, ET AL., | § | |
| | § | |
| PLAINTIFFS, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-162 |
| | § | |
| SOUTHERN PACIFIC TRANSPORTATION | § | |
| CO., ET AL. | § | |
| | § | |
| DEFENDANTS. | § | |

ORDER GRANTING TEMPORARY RESTRAINING ORDER

Before the Court is defendants The Dow Chemical Company; Chevron Chemical

Company, LLC; Union Carbide Corporation; Hercules Incorporated; and Rhone-Poulenc, Inc., as

successor by merger to Stauffer Chemical Company, ("Defendants") Motion for *Ex Parte* Temporary

Restraining Order and Preliminary Injunction.

The Court finds that Defendants have established (1) a substantial likelihood of

success on the merits; (2) a substantial threat that they will suffer irreparable injury if the temporary

restraining order is denied; (3) that the threatened injury outweighs any damage that the temporary

restraining order might cause plaintiffs; and (4) that the temporary restraining order will not disserve

the public interest. *See Sunbeam Products, Inc., v. West Bend Co.*, 123 F.3d 246, 250 (5th Cir.

1997).

Accordingly, the Court **GRANTS** Defendants' Motion for Temporary Restraining

Order. The Court **ORDERS** that plaintiffs, who are identified in Exhibit A to this Order, their

officers, agents, servants, employees, attorneys, and those persons in active concert or participation

HOU03:589880.1

with them who receive actual notice of this order, are prohibited from filing any lawsuit or other court proceeding in Texas state court on behalf of plaintiffs and against Defendants for any alleged conduct at, around or regarding the Red Barn facility in Elsa, Texas.

This temporary restraining order is granted *ex parte* because prior notice to plaintiffs would allow plaintiffs to frustrate the purpose of this order.

~~Defendants are required to post security in the amount of $_____.~~

Signed this 18 day of FEB _____, 1999.

United States Magistrate Judge

## Appendix A

| PLAINTIFF |
| --- |
| MARLIN ACEVEDO<br>(CLAUDIA ACEVEDO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| REY ACEVEDO, JR.<br>(CLAUDIA ACEVEDO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ANDREA ALANIZ |
| MELISSA L. ALANIZ |
| SAMANTHA R. ALANIZ<br>(MELISSA L. ALANIZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| SAMUEL ALANIZ |
| CHRISTINA ALEJANDRO<br>(VELMA ALEJANDRO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ILLIANA ALEJANDRO<br>(VELMA ALEJANDRO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| VELMA ALEJANDRO |
| RAMONA M. ALONZO |
| MARIA A. ALVARADO |
| CARMEN ALVAREZ<br>(ROSA MARIA ALVAREZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JULISSA ALVAREZ<br>(ROSA MARIA ALVAREZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ROSE ALVAREZ<br>(ROSA MARIA ALVAREZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| SONIA ALVAREZ |
| MANUELA ANZALDUA |
| AARON ARCE<br>(LYDIA ARCE, INDIVIDUALLY, AND AS NEXT FRIEND OF), A MINOR |
| FABIAN ARCE<br>(LYDIA ARCE, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| EARL ARISPE<br>(GLORIA NICHOLS ARISPE, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| GLORIA NICHOLS ARISPE |
| PEARL ARISPE<br>(GLORIA NICHOLS ARISPE, INDIVIDUALLY, AND AS NEXT FRIEND OF) |

| PLAINTIFF |
| --- |
| GRACIE BALLI<br>(FELIPE BALLI SR., INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| IRENE BALLI |
| ISSAC BALLI<br>(ROSARIO BALLI, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| RAQUEL BALLI |
| ROSARIO BALLI |
| SANTOS R. BALLI |
| ALEXANDER BARCO<br>(JAIME BARCO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| CRYSTAL BARCO<br>(JAIME BARCO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JAIME BARCO |
| JUAN A. BARCO |
| DOMINGO BARRERA |
| JUAN ALBERTO BARRERA |
| MELIZA T. BARRERA |
| MINERVA BARRERA |
| SERVANDO BARRERA |
| ISIDRO BARRO |
| AMANDA BERNAL<br>(JOSE DANIEL BERNAL, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ISABEL BERNAL |
| JESSUSITA R. BERNAL |
| JOSE DANIEL BERNAL |
| JOSEPH BERNAL<br>(JOSE DANIEL BERNAL, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| KRISTINA BERNAL<br>(JOSE DANIEL BERNAL, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| FLORENTINO BERNAL JR |
| FLORENTINO BERNAL, III<br>(FLORENTINO BERNAL JR., INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| RICHARD BETANCOURT |
| JESSE BOCANEGRA |
| REFUJIA S. BRASHEAR |

| PLAINTIFF |
| --- |
| JEUULYZA CABRERA<br>(PATRICIA B. CABRERA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JUAN CABRERA<br>(PATRICIA B. CABRERA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| PATRICIA B. CABRERA |
| MIGUEL CANALES |
| ANDREA CANTU |
| CESAR M. CANTU |
| EUTIMIO CANTU |
| JULIA CANTU |
| MELISSA M. CANTU<br>(JULIA CANTU, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ORALDO CARDOZA |
| OSCAR CARDOZA |
| OSVALDO CARDOZA |
| OSCAR CARDOZA SR. |
| MARIA A. CARRILLO |
| TERESA C. CARRION |
| JENNA N. CASARES<br>(ROXANA CASARES, INDIVIDUAL, AND AS NEXT FRIEND OF) |
| JORDAN R. CASARES<br>(ROXANA CASARES, INDIVIDUAL, AND AS NEXT FRIEND OF) |
| JUSTIN CASARES<br>(ROXANA CASARES, INDIVIDUAL, AND AS NEXT FRIEND OF) |
| ROXANA CASARES |
| JESSE CASARES, JR.<br>(ROXANA CASARES, INDIVIDUAL, AND AS NEXT FRIEND OF) |
| EDWARDO Z. CASAS |
| SILVESTRE CASAS |
| ALICIA CASILLA |
| ANGEL CASILLAS |
| JAVIER CASILLAS |
| JAVIER CASILLAS<br>(MARISELA VASQUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JOHNNY CASILLAS<br>(MARISELA VASQUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |

| PLAINTIFF |
| --- |
| JUANITA CASILLAS |
| KAYLA LYNN CASILLAS<br>(ANGEL CASILLAS, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MARIA DEL JESUS CASILLAS |
| TOMAS CASILLAS |
| VALENTIN M. CASILLAS |
| TOMAS CASILLAS JR.<br>(TOMAS CASILLAS, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MICHAEL L. CASTANEDA<br>(ROSENDO CASTANEDA SR., INDIVIDUALLY, AND AS NEXT<br>FRIEND OF) |
| ROSENDO CASTANEDA JR. |
| AMANDA CASTELLANOS<br>(RAY CASTELLANOS, INDIVIDUALLY AND AS NEXT FRIEND OF) |
| AMANDA R. CASTELLANOS |
| BEATRICE CASTELLANOS |
| JOSIAH CASTELLANOS<br>(ROGELIO CASTELLANOS, INDIVIDUALLY, AND AS NEXT FRIEND<br>OF) |
| MARIE A CASTELLANOS |
| MARK A. CASTELLANOS |
| RAY CASTELLANOS |
| ROGELIO CASTELLANOS |
| TANYA CASTELLANOS<br>(ROGELIO CASTELLANOS, INDIVIDUALLY, AND AS NEXT FRIEND<br>OF) |
| RAY CASTELLANOS JR. |
| HERLINDA CASTENEDA |
| AMERICA CASTRO |
| CHRISTOPHER L. CASTRO<br>(AMERICA CASTRO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| LEE CASTRO |
| MARIA BELINDA CERDA |
| RACHEL CERDA |
| RAYMUNDO CERDA |
| REYMUNDO CERDA<br>(MARIA BELINDA CERDA, INDIVIDUALLY, AND AS NEXT FRIEND<br>OF) |

| PLAINTIFF |
|---|
| LAURA CHAPA |
| ERICK M. CHAVEZ |
| ERICK R. CHAVEZ<br>(NORMALINDA BALLI, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| CARLOS K. CORONADO |
| CARRISA CORONADO<br>(GLENDY CORONADO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| GLENDY CORONADO |
| JUSTIN CORONADO<br>(GLENDY CORONADO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| VICTORIA CORONADO<br>(GLENDY CORONADO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ALEJANDRO CRUZ |
| ANDRES CRUZ |
| BELINDA CRUZ<br>(ALEJANDRO CRUZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| GLORIA D. CRUZ |
| JOSEFA CRUZ |
| MARGARITA CRUZ |
| RENA CRUZ |
| YVONNE CRUZ<br>(ALEJANDRO CRUZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ANDRES CRUZ II<br>(ANDRES CRUZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ALEJANDRO CRUZ, JR.<br>(ALEJANDRO CRUZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| FRANK DAVILA<br>(ROSALIA MEDINA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ELIA GUERRA DILLOW |
| TERRY DILLOW |
| AMY ESCALON |
| JUAN M. ESCALON |
| LIZA ESCALON<br>(MARGARITA ESCALON, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MARGARITA ESCALON |
| STORRIE L. FAVIA<br>(CLARITA SANCHEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |

| PLAINTIFF |
|---|
| ABRAHAM FELIPE<br>(NICASIO FELIPE, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MANUELA FELIPE |
| NICASIO FELIPE |
| LORIE FLORES |
| SAMANTHA FLORES |
| SAMMY FLORES JR.<br>(LORIE FLORES, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| HERMINIA FROGOSA |
| MARITZA FROGOSA<br>(ROSAURA FROGOSA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MYRNA FROGOSA<br>(ROSAURA FROGOSA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| PATRICIA FROGOSA |
| ROSAURA FROGOSA |
| VERONICA FROGOSA<br>(ROSAURA FROGOSA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JOSE L. FROGOSA JR. |
| FERNANDO S. FUENTES |
| JOSE F. FUENTES |
| JORGE GALLEGOS |
| JOSE A. GALLEGOS |
| JESUS A. GALLEGOS JR. |
| JESUS A. GALLEGOS SR. |
| EDWARD GAMBOA<br>(MARTHA A. RILEY, INDIVIDUALLY, AND AS NEXT FRIEND OF)<br>MINOR |
| MANUEL GARCES |
| PIEDAD GARCES |
| SERGIO GARCES |
| AIDE GARCIA<br>(JUAN ANTONIO GARCIA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ALBERTO GARCIA<br>(BERTHA VILLAPANDO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| AMBER GARCIA<br>(ELISA V. GARCIA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ANDREW GARCIA |

| PLAINTIFF |
|---|
| ARMANDO GARCIA |
| ARON GARCIA<br>(ELISA V. GARCIA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| DIANA GARCIA |
| ELISA V. GARCIA |
| ELVIRA GARCIA |
| ENEDINA GARCIA |
| FALIZA GARCIA<br>(JOSE LUIS GARCIA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| GLORIA GARCIA |
| GREGORIA GARCIA |
| IDA GARCIA |
| JENNILEE GARCIA<br>(ELVIRA GARCIA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JOSE ALONZA GARCIA |
| JOSE FRANCISCO GARCIA<br>(JUAN GARCIA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JOSE LUIS GARCIA |
| JOSE LUIS GARCIA |
| JOSEPH A. GARCIA |
| JUAN A. GARCIA |
| JUAN ANTONIO GARCIA |
| JUAN GARCIA |
| JUANITA G. GARCIA |
| KIMBERLY A. GARCIA<br>(ELVIRA GARCIA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| LEEROY GARCIA |
| MARIA DOLORES GARCIA |
| MARY JANE GARCIA |
| MICHAEL GARCIA |
| MICHELLE B. GARCIA |
| RACHEL GARCIA<br>(ARMANDO GARCIA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| RAFAELA G. GARCIA |
| RANDY GARCIA<br>(ARMANDO GARCIA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |

| PLAINTIFF |
|---|
| SELINE GARCIA<br>(ARMANDO GARCIA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| VALERIA GARCIA<br>(JOSE LUIS GARCIA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| VIRGINIA GARCIA |
| YVETTE GARCIA |
| DANIEL GARCIA JR. |
| JAIME GARCIA JR. |
| RUBEN GARCIA JR. |
| DANIEL GARCIA SR. |
| RUBEN GARCIA SR. |
| ARMANDO GARCIA, JR.<br>(ARMANDO GARCIA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JUAN GARCIA, JR.<br>(JUAN GARCIA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ADELINA GARZA |
| ALBERTO GARZA |
| ARMANDO GARZA |
| BLANCA E. GARZA |
| CASIMIRO GARZA |
| CASSANDRA GARZA<br>(BLANCA E. GARZA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| CINDY V. GARZA |
| DAVID GARZA<br>(ELIZABETH GARZA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| DAYNA A. GARZA<br>(MELISSA A. GARZA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ELIZABETH GARZA |
| ERIC DE LA GARZA<br>(JANIE DE LA GARZA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ESTEBAN GARZA |
| EVA F. GARZA |
| HERIBERTO GARZA |
| HILDA GARZA |
| HORTENCIA M. GARZA |
| IRMA GARZA |

| PLAINTIFF |
| --- |
| ISABEL GARZA<br>(JESUS GARZA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JAIME GARZA |
| JANIE DE LA GARZA |
| JAVIER GARZA |
| JEANETTE GARZA |
| JENNIFER GARZA<br>(OFELIA R. GARZA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JOE GARZA |
| JOEL GARZA |
| JOHANNA GARZA<br>(OFELIA R. GARZA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JORGE LUIS GARZA |
| JOSE F. GARZA |
| JOSE RODOLFO GARZA |
| JOSUE D. GARZA |
| JOYCE GARZA<br>(OFELIA R. GARZA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JUDITH A. GARZA<br>(ARMANDO GARZA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| LUPITA GARZA |
| MANUEL GARZA |
| MARIA GARZA |
| MARIA M. GARZA |
| MARIA M. GARZA |
| MELISSA A. GARZA |
| MELISSA GARZA<br>(BEATRICE GUTIERREZ,  INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MELISSA GARZA |
| MICHAEL GARZA<br>(ELIZABETH GARZA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MONICA GARZA |
| OFELIA R. GARZA |
| RAMON GARZA |

| PLAINTIFF |
| --- |
| RAYMOND GARZA<br>(BEATRICE GUTIERREZ,  INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| REBECA GARZA |
| RICARDO GARZA |
| ROBERT GARZA<br>(JAVIER GARZA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ROY GARZA |
| SAVANNAH GARZA<br>(JESUS GARZA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| THERESA GARZA |
| TINA T. GARZA |
| TOMAS GARZA |
| VALENTINA GARZA |
| VALERIE GARZA<br>(BLANCA E. GARZA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JESUS GARZA JR. |
| JUAN GARZA JR. |
| JUAN E. GARZA SR. |
| JESUS GARZA, III<br>(JESUS GARZA JR., INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| RICARDO GARZA, JR. |
| JESUS GARZA, SR. |
| JANIE GOMEZ<br>(NORMA RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| NYDIA GOMEZ |
| STEVEN J. GOMEZ<br>(NORMA RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ALBERTO GONZALEZ |
| AMANDA GONZALEZ<br>(ALFREDO GONZALEZ JR., INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ANTHONY GONZALEZ<br>(JAVIER GONZALEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ARNULFO GONZALEZ |
| BLANCA GONZALEZ |
| BRANDON GONZALEZ<br>(ELIZABETH G. GONZALEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |

-10-

| PLAINTIFF |
| --- |
| BRISA GONZALEZ<br>(ROSA MARIA GONZALEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| BRITTANY GONZALEZ<br>(IMELDA GONZALEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| CHRISTOPHER LEE GONZALEZ<br>(HORTENCIA GONZALEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| COSME GONZALEZ |
| CYNTHIA A. GONZALEZ |
| DALIA GONZALEZ |
| DEBBIE LEE GONZALEZ<br>(ISAAC GONZALEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| DELIA GONZALEZ |
| DIMAS GONZALEZ |
| ELIA GONZALEZ |
| ELISA GONZALEZ |
| ELIZABETH G. GONZALEZ |
| EMMANUEL GONZALEZ<br>(BLANCA GONZALEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| EPITACIO GONZALEZ |
| ERASMO GONZALEZ |
| FERNANDO GONZALEZ |
| GUADALUPE GONZALEZ |
| GUADALUPE L. GONZALEZ |
| GUILLERMO GONZALEZ |
| HILDA GONZALEZ |
| HORTENCIA GONZALEZ |
| IMELDA GONZALEZ |
| ISAAC GONZALEZ |
| JAIME GONZALEZ |
| JAVIER GONZALEZ |
| JENNIFER M. GONZALEZ<br>(JOSE BALDEMAR GONZALEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JOSE B. GONZALEZ<br>(JOSE BALDEMAR GONZALEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |

| PLAINTIFF |
| --- |
| JOSE BALDEMAR GONZALEZ |
| JOSE G. GONZALEZ |
| JOSE L. GONZALEZ |
| JOVITA V. GONZALEZ |
| JUAN GONZALEZ |
| JUAN L. GONZALEZ |
| JUANITA GONZALEZ |
| KAYLA GONZALEZ<br>(DELIA GONZALEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| KIMBERLY V. GONZALEZ<br>(LUISA M. RIVAS, INDIVIDUALLY, AND AS NEXT FRIEND OF)<br>MINOR |
| LAURA GONZALEZ |
| LEE ROY GONZALEZ |
| LIDIA R. GONZALEZ |
| LYDIA GONZALEZ |
| MARGARITA GONZALEZ |
| MIGUEL A. GONZALEZ |
| MIGUEL P. GONZALEZ |
| NORMA GONZALEZ |
| NORMA J. GONZALEZ<br>(RAUL GONZALEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| NYCOLE V. GONZALEZ<br>(IMELDA GONZALEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ORALIA L. GONZALEZ |
| PORFIRIO GONZALEZ |
| RACHEL GONZALEZ<br>(ROSA R. GONZALEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| RANDOLPH GONZALEZ |
| RAUL GONZALEZ |
| RICARDO GONZALEZ |
| RICARDO GONZALEZ |
| ROBERTO GONZALEZ<br>(SYLVIA GONZALEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ROBERTO GONZALEZ |
| ROEL PORFIRIO GONZALEZ<br>(SYLVIA GONZALEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |

| PLAINTIFF |
|---|
| ROGELIO GONZALEZ |
| ROGELIO GONZALEZ<br>(IMELDA GONZALEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ROLANDO GONZALEZ<br>(HILDA GONZALEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ROLANDO GONZALEZ<br>(IMELDA GONZALEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ROSA MARIA GONZALEZ |
| ROSA R. GONZALEZ |
| SAMANTHA GONZALEZ<br>(BLANCA GONZALEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| SAN JUANITA GONZALEZ |
| STEPHANIE GONZALEZ<br>(ELIZABETH G. GONZALEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| STEPHEN GONZALEZ<br>(ELIZABETH G. GONZALEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| SYLVIA GONZALEZ |
| SYLVIA GONZALEZ |
| SYLVIA GONZALEZ |
| THELMA GONZALEZ |
| YVETTE GONZALEZ |
| YVETTE GONZALEZ<br>(SYLVIA GONZALEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| YVONNE GONZALEZ |
| ALFREDO GONZALEZ JR. |
| ERASMO GONZALEZ JR.<br>(HILDA GONZALEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| GUILLERMO GONZALEZ JR. |
| GUADALUPE GONZALEZ, JR. |
| GUADALUPE GOROSTIZA |
| MARIA G. GRADO |
| DANIA GRANADOS<br>(MARIA GRANADOS, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ERIC GRANADOS<br>(MARIA GRANADOS, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MANUEL GRANADOS<br>(MARIA GRANADOS, INDIVIDUALLY, AND AS NEXT FRIEND OF) |

| PLAINTIFF |
|---|
| MARIA GRANADOS |
| RUDY GRANADOS<br>(MARIA GRANADOS, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| IRMA LINDA GRIFFIN |
| ERIC GUERRA<br>(YOLANDA GUERRA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ROBERTO GUERRA |
| YOLANDA GUERRA |
| GEORGE GUERRA JR. |
| ABELARDO GUERRERO |
| ADELA GUERRERO |
| CARMEN GUERRERO |
| CORINA NICHOLS GUERRERO |
| FIDEL GUERRERO |
| GUILLERMO GUERRERO |
| IRMA GUERRERO |
| JACKIE GUERRERO<br>(MELINDA GUERRERO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JAY STEVEN GUERRERO<br>(CARMEN GUERRERO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JESUS GUERRERO |
| JOANNA GUERRERO<br>(MELINDA GUERRERO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| KATHLEEN GUERRERO<br>(MARGARET GUERRERO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| LARRY MICHAEL GUERRERO<br>(CARMEN GUERRERO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| LORI GUERRERO<br>(CARMEN GUERRERO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MARGARET GUERRERO |
| MARIA D. GUERRERO |
| MARIA I. GUERRERO |
| MARIO GUERRERO |
| MARK GUERRERO<br>(CORINA NICHOLS GUERRERO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MELINDA GUERRERO |

| PLAINTIFF |
| --- |
| NATIVIDAD GUERRERO |
| NOE GUERRERO |
| OMAR GUERRERO<br>(MARGARET GUERRERO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| SAMANTHA GUERRERO<br>(MELINDA GUERRERO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| SAMUEL GUERRERO |
| STEVEN L. GUERRERO<br>(MARGARET GUERRERO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| BEATRICE GUTIERREZ |
| GUADALUPE GUTIERREZ |
| ISMAEL GUTIERREZ |
| ISAAC GUZMAN JR.<br>(ROSALIA MEDINA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| CIPRIANA HERNANDEZ |
| EFREN HERNANDEZ |
| ENRIQUE HERNANDEZ |
| JOSE ALFREDO HERNANDEZ |
| MODESTO HERNANDEZ |
| REBECCA HERNANDEZ<br>(EFREN HERNANDEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| RODOLFO HERNANDEZ |
| EFREN HERNANDEZ JR.<br>(EFREN HERNANDEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| DORA HERRERA |
| FLORINDA HERRERA |
| JACKLYN HERRERA<br>(JOSEPH HERRERA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JAZMINE HERRERA<br>(JOSEPH HERRERA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JESUS HERRERA |
| JOSEPH HERRERA |
| JULIAN HERRERA<br>(JESUS HERRERA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MARISELA HERRERA |
| RICARDO HERRERA |

| PLAINTIFF |
|---|
| ISIDRO LEAL III |
| ANTHONY DE LEON<br>(JOHN DE LEON, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| EDDIE DE LEON |
| JOHN DE LEON |
| MARI DE LEON |
| MARIA DE LEON |
| NOEMI DE LEON |
| JOHN DE LEON JR.<br>(JOHN DE LEON, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JORGE LEE LOZANO<br>(MARICELA LOZANO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MARCO A. LOZANO<br>(MARICELA LOZANO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MARICELA LOZANO |
| RAUL LOZANO |
| ROLANDO LOZANO |
| ESPERANZA R. MADORE |
| DOROTEA MADRIGAL |
| JUANITA M. MADRIGAL |
| GLORIA MALDONADO |
| JULIO MALDONADO<br>(GLORIA MALDONADO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| RENE MALDONADO |
| RENEE MALDONADO<br>(GLORIA MALDONADO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| SYLVIA MALDONADO<br>(GLORIA MALDONADO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| XAVIER MALDONADO<br>(GLORIA MALDONADO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ESMERALDA MARIA |
| SABRYNA MAE MARIA<br>(ESMERALDA MARIA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| GINA MARIE<br>(ERNESTO ORTEGA, AS NEXT FRIEND OF) |
| JESSICA MARISCAL<br>(JOSE J. MARISCAL, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JOSE J. MARISCAL |

| PLAINTIFF |
|---|
| JOSE T. MARISCAL<br>(JOSE J. MARISCAL, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| LEANNA MARISCAL<br>(MARY A. MARISCAL, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| LEEROY MARISCAL |
| LISA MARISCAL<br>(MARY A. MARISCAL, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| LIZETTE MARISCAL<br>(MARY A. MARISCAL, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MARIA E. MARISCAL<br>(JOSE J. MARISCAL, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MARY A. MARISCAL |
| FRANKIE MARQUEZ<br>(GLORIA K. MARQUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| GINA MARQUEZ |
| GLORIA K. MARQUEZ |
| RODOLFO MARQUEZ SR. |
| RUDY MARQUEZ, JR.<br>(GLORIA K. MARQUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ANITA MARTINEZ |
| BEATRIZ MARTINEZ |
| BENITO MARTINEZ |
| BLANCA E. MARTINEZ |
| CHRISTIAN MARTINEZ<br>(JOSE MARTINEZ JR., INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| CLARISSA MARTINEZ<br>(BLANCA E. MARTINEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| CYNTHIA M. MARTINEZ<br>(ESTER A. MARTINEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| DARLARA R. MARTINEZ<br>(MELODY N. MARTINEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| DOMINGO MARTINEZ |
| ERLINDA MARTINEZ |
| ESTER A. MARTINEZ |
| FABIAN MARTINEZ |
| FRANCISCO MARTINEZ<br>(ALICIA CASILLA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| GABINO MARTINEZ |

| PLAINTIFF |
|---|
| HECTOR MARTINEZ |
| ISABEL MARTINEZ |
| ISRAEL MARTINEZ |
| JANE MARTINEZ<br>(BEATRIZ MARTINEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JANET MARTINEZ<br>(BEATRIZ MARTINEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JENNIFER MARTINEZ<br>(DIANA WYANT, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JOANNA MARTINEZ<br>(BEATRIZ MARTINEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JOSE M. MARTINEZ |
| JUAN JOSE MARTINEZ |
| LETICIA MARTINEZ |
| MAE YVONNE MARTINEZ |
| MARILYN MARTINEZ<br>(PATRICIA FROGOSA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MATHEW MARTINEZ<br>(LETICIA MARTINEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MELISSA MARTINEZ<br>(ALICIA CASILLA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MELODY N. MARTINEZ |
| NORMAN MARTINEZ |
| RAUL MARTINEZ |
| SAMANTHA MARTINEZ<br>(LETICIA MARTINEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| SARA A. MARTINEZ<br>(BLANCA E. MARTINEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| VANESSA MARTINEZ<br>(ALICIA CASILLA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| GABINO MARTINEZ JR. |
| JOSE MARTINEZ JR. |
| CASSANDRA MEDINA<br>(GERARDO MEDINA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| GERARDO MEDINA<br>(GERARDO MEDINA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| GERARDO MEDINA |
| GILBERT MEDINA |

| PLAINTIFF |
|---|
| JAIME MEDINA<br>(JUSTO MEDINA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JESSE MEDINA<br>(JUSTO MEDINA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JOEL MEDINA |
| JOSEPH J. MEDINA<br>(JULIO CESAR MEDINA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JUSTO MEDINA |
| MARIA GUADALUPE MEDINA |
| MARIA MEDINA |
| MARILYN MEDINA |
| MARK MEDINA<br>(GERARDO MEDINA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MIGUEL MEDINA |
| RICK MEDINA |
| ROSALIA MEDINA |
| SONIA MEDINA |
| VIOLA MEDINA |
| JOEL MEDINA JR.<br>(JOEL MEDINA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MARY MENA |
| AYIZA HERNANDEZ,  A MINOR<br>(EFREN HERNANDEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| RUBEN MIRANDA |
| ALICIA MIRELES |
| RAMON B. MIRELES |
| ALICIA MONTELONGO |
| IRMA M. MONTOYA |
| MARIA RUIZ MORALES |
| ALEJANDRO MORENO |
| ALEJANDRO MORENO |
| CASSANDRA MORENO<br>(ALICIA RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| DELIA G. MORENO |
| DELIA G. MORENO |
| GRACIE MORENO<br>(ALICIA RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |

| PLAINTIFF |
|---|
| ISABEL M. MORENO |
| JESSICA MORENO<br>(ALICIA RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MARIA J. MORENO |
| MARK A. MORENO |
| MARK A. MORENO |
| NATIVIDAD NAVARRO |
| NATIVIDAD NAVARRO |
| EMILIA NICHOLS |
| JOE NICHOLS |
| MARIA ALICIA NICHOLS |
| ROBERTO NICHOLS |
| RODNEY NICHOLS |
| CHRISTIAN A. NUNEZ<br>(LAURA SOSA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JOSE J. NUNEZ<br>(ERLINDA MARTINEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ARMANDO OCHOA |
| LISA OCHOA |
| IRMA R. OKDIE |
| ELIZABETH R. OLIVAREZ |
| TRINIDAD OROZCO |
| CARINA ORTEGA<br>(MARY F. ORTEGA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ERNESTO ORTEGA |
| GINA MARIE ORTEGA<br>(ERNESTO ORTEGA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MARY F. ORTEGA |
| RUBY ORTEGA<br>(MARY F. ORTEGA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ERNESTO ORTEGA JR.<br>(MARY F. ORTEGA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ANNA MARIA PADILLA |
| ANNA MARIA PADILLA |
| ARCADIO V. PADILLA |
| CARMEN PADILLA<br>(GUADALUPE PADILLA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |

| PLAINTIFF |
| --- |
| CARMEN PADILLA<br>(GUADALUPE PADILLA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| DAVID PADILLA |
| DAVID PADILLA |
| GUADALUPE PADILLA |
| GUADALUPE PADILLA |
| VICENTE PADILLA |
| ARCADIO PADILLA JR. |
| ARCADIO PADILLA JR. |
| ARCADIO PADILLA SR. |
| ARCADIO PADILLA, SR. |
| ROBERTO PAREDES |
| ROBERTO PAREDES |
| AMBER N. PARTIDA<br>(LETICIA PARTIDA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JOSE I. PARTIDA |
| JOSE I. PARTIDA |
| LETICIA PARTIDA |
| RAFAEL PARTIDA |
| ROBERTO PARTIDA |
| ROBERTO PARTIDA |
| ARMANDO PATE |
| ENEDINA PATE |
| ENEDINA PATE |
| BERTHA PATRICIA PENA |
| BERTHA PATRICIA PENA |
| ELOISA PENA<br>(ALBERTA RUIZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JASON PENA<br>(BERTHA PATRICIA PENA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JASON PENA<br>(BERTHA PATRICIA PENA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JORGE LUIS PENA |
| JORGE LUIS PENA |

| PLAINTIFF |
|---|
| JORGE PENA<br>(BERTHA PATRICIA PENA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| YVONNE C. PENA<br>(BERTHA PATRICIA PENA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| YVONNE C. PENA<br>(BERTHA PATRICIA PENA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| BENJAMIN PERALEZ<br>(LUCY N. PERALEZ INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| BERNARDO N. PERALEZ |
| BRIGG PERALEZ<br>(LUCY N. PERALEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JESSMYN PERALEZ<br>(LUCY N. PERALEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| LUCY N. PERALEZ |
| AMADIS J. PEREZ<br>(ORALIA PEREZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| AMBER PEREZ<br>(ORALIA PEREZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ARON PEREZ |
| ELISEO PEREZ |
| ELISEO PEREZ<br>(ROBERT PEREZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| EUMAR PEREZ |
| EUMAR PEREZ<br>(ROBERT PEREZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| HECTOR PEREZ |
| HECTOR PEREZ |
| JUANITA PEREZ |
| JUANITA PEREZ |
| MARTINA PEREZ |
| MARTINA PEREZ |
| ORALIA PEREZ |
| PEDRO PEREZ |
| PEDRO PEREZ |
| RICARDO PEREZ |
| ROBERT PEREZ |

| PLAINTIFF |
|---|
| ROBERTO PEREZ |
| JAVIER PINA |
| MARIA G. PINA |
| JAVIER PINA III<br>(JAVIER PINA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ARNULFO QUINTERO |
| CLARISSA QUINTERO<br>(FRANCISCO QUINTERO JR., INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| COREY Y. QUINTERO<br>(FRANCISCO QUINTERO JR., INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| IRIS QUINTERO<br>(FRANCISCO QUINTERO JR., INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JACKIE QUINTERO<br>(PORFIRIO QUINTERO SR., INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| KATRINA QUINTERO<br>(PORFIRIO QUINTERO SR., INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MINERVA QUINTERO |
| SUSIE QUINTERO<br>(FRANCISCO QUINTERO JR., INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| FRANCISCO QUINTERO JR. |
| PORFIRIO QUINTERO JR.<br>(PORFIRIO QUINTERO SR., INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| PORFIRIO QUINTERO SR. |
| FRANK QUINTERO, JR.<br>(FRANCISCO QUINTERO JR., INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ANDRES QUIROZ |
| CAIN QUIROZ<br>(ANDRES QUIROZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| FERNANDO QUIROZ |
| GENOVEVA QUIROZ |
| ISIDRO QUIROZ |
| JOSE LUIS QUIROZ |
| JULIA QUIROZ |

| PLAINTIFF |
|---|
| LORENA QUIROZ |
| MARIBEL QUIROZ<br>(ISIDRO QUIROZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MARISOL QUIROZ<br>(ISIDRO QUIROZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| NOE QUIROZ |
| ROEL QUIROZ |
| SILVIA M. QUIROZ |
| MELODY R.<br>(JOSUE D. GARZA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| BELINDA RAMIREZ<br>(IRMA G. RAMIREZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| CONSUELO G. RAMIREZ |
| DINORA G. RAMIREZ |
| IRMA G. RAMIREZ |
| DAVID RAMOS<br>(MARISELA VASQUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| LUCS RAMOS<br>(MARISELA VASQUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| RUMALDO RAMOS III |
| RUMALDO RAMOS III |
| ALMA RENDON |
| ANTONIO RENDON |
| EDWARD RENDON<br>(ALMA RENDON, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ANGELINA REYES |
| ARNOLD REYES |
| ARNOLD REYES |
| ARNOLD REYES |
| ARNOLD REYES |
| BERTHA R. REYES |
| BERTHA R. REYES |
| CARMEN REYES |
| FRANCISCA REYES |
| HOMERO REYES |
| ISABEL REYES |

| PLAINTIFF |
| --- |
| LEON REYES |
| MICHAEL REYES |
| MICHAEL REYES<br>(BERTHA R. REYES, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MIGUEL REYES |
| OVIDIO REYES |
| RAMON REYES |
| ROSALVA REYES |
| YVETTE REYES<br>(ROSALVA REYES, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| PEDRO REYES III |
| CORONADO REYES JR. |
| CORONADO REYES JR. |
| PEDRO REYES JR. |
| JOSE I. REYNA |
| MARIA OLIVIA REYNA |
| ROLANDO REYNA |
| SYLVIA REYNA<br>(TEODORA I. REYNA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| TEODORA I. REYNA |
| MARTHA A. RILEY |
| DIEGO RIOJAS |
| HERMINIO ROEL RIVAS |
| LUISA M. RIVAS |
| MARIA RIVAS |
| RAUL RIVAS |
| CELIA RODOLFO |
| AARON RODRIGUEZ<br>(RUBEN RODRIGUEZ SR., INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ADELA RODRIGUEZ |
| ALFONSO RODRIGUEZ |
| ALICIA RODRIGUEZ |
| AMBER RODRIGUEZ<br>(LIZA M. RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ANDRES RODRIGUEZ |

| PLAINTIFF |
|---|
| ANGIE RODRIGUEZ<br>(GUADALUPE RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ANTONIA RODRIGUEZ |
| ANTONIO C. RODRIGUEZ |
| ANTONIO RODRIGUEZ |
| ARMANDA RODRIGUEZ |
| ARMERITA RODRIGUEZ |
| ARTURO M. RODRIGUEZ |
| ASHLEY RODRIGUEZ<br>(GILBERT RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| BEATRIZ ROMAN RODRIGUEZ |
| BLANCA RODRIGUEZ<br>(GUADALUPE RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| CELESTE RODRIGUEZ<br>(ARTURO M. RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| CLARA L. RODRIGUEZ<br>(JOSE S. RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| DAMIEN RODRIGUEZ<br>(ANDRES RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| DANIEL RODRIGUEZ<br>(LIZA M. RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| DANIEL RODRIGUEZ |
| DENISE RODRIGUEZ |
| DIANA RODRIGUEZ |
| DIANA RODRIGUEZ |
| DORA RODRIGUEZ |
| EDUARDO RODRIGUEZ |
| EFREN RODRIGUEZ |
| ELOY RODRIGUEZ<br>(JESUS RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ELSA G. RODRIGUEZ |
| EMMA RODRIGUEZ |
| ESPERANZA RODRIGUEZ |
| FERNANDO RODRIGUEZ |
| FRANCISCA RODRIGUEZ |

| **PLAINTIFF** |
|---|
| FRANCISCO RODRIGUEZ |
| GENEAVA RODRIGUEZ |
| GEORGINA R. RODRIGUEZ<br>(ADELA T. RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| GEROME RODRIGUEZ<br>(MARIA NINFA RODRIGUEZ, INDIVIDUALLY, AND AS NEXT<br>FRIEND OF) |
| GILBERT RODRIGUEZ |
| GILBERTO RODRIGUEZ<br>(GILBERT RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| GINO M. RODRIGUEZ |

| PLAINTIFF |
|---|
| GUADALUPE RODRIGUEZ |
| GUADALUPE RODRIGUEZ |
| HERIBERTO RODRIGUEZ |
| HORTENCIA RODRIGUEZ |
| HYINIA RODRIGUEZ |
| HYINIA RODRIGUEZ |
| ISAAC RODRIGUEZ |
| JAKE RODRIGUEZ<br>(ANDRES RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JAKE RODRIGUEZ<br>(MARIA NINFA RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JESUS RODRIGUEZ<br>(JESUS RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JESUS RODRIGUEZ |
| JESUS RODRIGUEZ |
| JIMMY RODRIGUEZ |
| JOE E. RODRIGUEZ |
| JOHN N. RODRIGUEZ<br>(JESUS RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JOSE S. RODRIGUEZ |
| JUAN DIEGO RODRIGUEZ<br>(JOSE S. RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JUANA P. RODRIGUEZ<br>(JOSE S. RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JULIE RODRIGUEZ<br>(ESPERANZA R. MADORE, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| KAYLA RODRIGUEZ<br>(ANDRES RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| KEELY A. RODRIGUEZ<br>(PEDRO RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| KENDRA Z. RODRIGUEZ<br>(PEDRO RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| KIMBERLY RODRIGUEZ<br>(MARIA RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| KRYSTAL RODRIGUEZ<br>(MARIA RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |

| PLAINTIFF |
|---|
| LAURA L. RODRIGUEZ<br>(JOSE S. RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| LEONIRDES RODRIGUEZ<br>(MARIA NINFA RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| LUIS RODRIGUEZ |
| LUIS RODRIGUEZ |
| MANUEL RODRIGUEZ |
| MARI L. RODRIGUEZ<br>(GUADALUPE RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MARIA NINFA RODRIGUEZ |
| MARIA RODRIGUEZ |
| MARIA YVETTE RODRIGUEZ<br>(ARTURO M. RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MARITZA RODRIGUEZ<br>(FERNANDO QUIROZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MARK ANTHONY RODRIGUEZ<br>(ADELA RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MARK RODRIGUEZ<br>(ANDRES RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MARTIN RODRIGUEZ<br>(MARIA NINFA RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MATHEW RODRIGUEZ<br>(GUADALUPE RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MAURICIO RODRIGUEZ<br>(MARIA NINFA RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MAXINEMENA RODRIGUEZ<br>(GUADALUPE RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| NINFA RODRIGUEZ |
| NOEMI RODRIGUEZ |
| NORMA RODRIGUEZ |
| ORLANDO RODRIGUEZ |
| PEDRO RODRIGUEZ |
| PETER RODRIGUEZ<br>(ESPERANZA R. MADORE, INDIVIDUALLY, AND AS NEXT FRIEND OF) |

| PLAINTIFF |
| --- |
| REYES RODRIGUEZ |
| RICARDO C. RODRIGUEZ |
| RICARDO G. RODRIGUEZ |
| RICCO RODRIGUEZ<br>(MARIA NINFA RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ROBBIE L. RODRIGUEZ<br>(ANDREA ALANIZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ROSA LILIAN RODRIGUEZ |
| ROSARIO RODRIGUEZ |
| RUBEN RODRIGUEZ |
| RUBEN VIDAL RODRIGUEZ |
| SABRINA RODRIGUEZ<br>(RUBEN VIDAL RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| SAMANTHA RODRIGUEZ<br>(MARIA RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| SAMANTHA RODRIGUEZ<br>(YVONNE GONZALEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| SANTIAGO RODRIGUEZ |
| SARA RODRIGUEZ |
| VERONICA RODRIGUEZ |
| VICTOR RODRIGUEZ |
| WITA RODRIGUEZ |
| GUADALUPE RODRIGUEZ JR. |
| JESUS RODRIGUEZ SR. |
| RUBEN RODRIGUEZ SR. |
| ARTURO RODRIGUEZ, JR.<br>(ARTURO M. RODRIGUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MATHEW L. ROEL<br>(YVETTE GONZALEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| DEBORAH DE LA ROSA |
| EDUARDO DE LA ROSA |
| MARTHA DE LA ROSA |
| RENE DE LA ROSA |
| AMADO ROSALES<br>(HORTENCIA ROSALES, INDIVIDUALLY, AND AS NEXT FRIEND OF) |

| PLAINTIFF |
|---|
| HORTENCIA ROSALES |
| MARICELA ROSALES |
| BRENDA ROSAS<br>(HERMELINDA ROSAS, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| BRITTANY ROSAS<br>(ENRIQUE ROSAS JR., INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ENRIQUE ROSAS |
| GABRIEL ROSAS<br>(ENRIQUE ROSAS JR., INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| GABRIELA ROSAS |
| HERMELINDA ROSAS |
| MEAGAN ROSAS<br>(ENRIQUE ROSAS JR., INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ENRIQUE ROSAS JR.<br>(ENRIQUE ROSAS JR., INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ENRIQUE ROSAS JR. |
| JAIME RUBALCADA<br>(SONIA MEDINA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JASMINE N. RUBALCADA<br>(SONIA MEDINA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JASON RUBALCADA<br>(MICHELLE B. GARCIA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JAY RUBALCADA<br>(SONIA MEDINA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| TED RUBALCADA JR. |
| ALBERTA RUIZ |
| ALFREDO RUIZ |
| ALICIA RUIZ |
| ANTONIO RUIZ |
| ELOISA RUIZ |
| ELOISA RUIZ<br>(JULIAN RUIZ JR., INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| EMMA RUIZ |
| ERNESTINA RUIZ |
| EVA RUIZ |
| FRANK RUIZ |
| GILBERTO RUIZ |

| PLAINTIFF |
|---|
| GUADALUPE H. RUIZ |
| GUADALUPE RUIZ |
| IRENE RUIZ<br>(JULIAN RUIZ JR., INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JULIE RUIZ |
| LETICIA RUIZ<br>(EVA RUIZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MANUEL RUIZ |
| MANUEL RUIZ<br>(EVA RUIZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| PETRA RUIZ |
| RICARDO RUIZ |
| RUBEN RUIZ |
| SANDY RUIZ |
| SONIA RUIZ<br>(MARIA RUIZ MORALES, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| DAVID RUIZ JR.<br>(SANDY RUIZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ERIC RUIZ JR.<br>(SANDY RUIZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JULIAN RUIZ JR. |
| NATASHA N. SAENZ<br>(LAURA CHAPA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ELISA SALAZAR<br>(IRMA GUERRERO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JOSHUA SALAZAR<br>(IRMA GUERRERO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| PEDRO SALAZAR |
| PEDRO SALAZAR |
| DAVID SALDIVAR |
| ISABEL SALDIVAR |
| JOSE LUIS SALDIVAR |
| RUBY ANN SALDIVAR<br>(ISABEL SALDIVAR, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ANNA SALINAS |
| APRIL SALINAS<br>(ANNA SALINAS, INDIVIDUALLY, AND AS NEXT FRIEND OF) |

| PLAINTIFF |
| --- |
| CARMEN SALINAS |
| CRYSTAL SALINAS<br>(ANNA SALINAS, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| DANIEL O. SALINAS |
| DIANE SALINAS<br>(JORGE SALINAS JR., INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| EDDIE D. SALINAS |
| ELIZABETH SALINAS |
| ESPERANZA SALINAS |
| GILBERT SALINAS |
| ISIDRO SALINAS |
| JAVIER SALINAS |
| JESUSA G. SALINAS |
| JORGE H. SALINAS |
| JORGE SALINAS<br>(JORGE SALINAS JR., INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| LYDIA V. SALINAS |
| OUZEL SALINAS |
| REYNALDO SALINAS |
| SANTANA SALINAS |
| SENAIDA SALINAS<br>(ANNA SALINAS, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| YOLANDA SALINAS |
| JORGE SALINAS JR. |
| CLARITA SANCHEZ |
| DAVID SANCHEZ<br>(NANCY G. SANCHEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ELY SANCHEZ<br>(ESMERALDA SANCHEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ERIC SANCHEZ |
| ESMERALDA SANCHEZ |
| HERMINIA SANCHEZ |
| ISRAEL A. SANCHEZ |
| JAMIE SANCHEZ<br>(NANCY G. SANCHEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JOSE ISAAC SANCHEZ |

| PLAINTIFF |
| --- |
| JUAN J. SANCHEZ |
| JUAN R. SANCHEZ |
| JULIO CESAR SANCHEZ |
| KIMBERLY SANCHEZ<br>(NANCY G. SANCHEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MARGARITA SANCHEZ |
| MARIA DE JESUS SANCHEZ |
| NANCY G. SANCHEZ |
| RUBEN RAUL SANCHEZ |
| RUBEN SANCHEZ |
| ANGELICA M. SANDOVAL |
| ERICA J. SANDOVAL |
| JOSE A. SANDOVAL SR. |
| OFELIA SAUCEDA |
| TIMOTEO SAUCEDA |
| IRMA SEGOVIA |
| LUIS A. SEGOVIA<br>(IRMA SEGOVIA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JOSEPH D. SEGURA<br>(ISIDRO LEAL III, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| SHAWN A. SEPEDA<br>(ADRIANA ALEJANDRO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| CALIXTO SEPULVEDA |
| MARIA DE LA LUZ SEPULVEDA |
| FERNANDO SILVA<br>(NORA SILVA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| FERNANDO SILVA<br>(NORA SILVA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| NORA SILVA |
| OVIDIO SILVA<br>(NORA SILVA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| SULEMA SILVA<br>(NORA SILVA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ERICA L. SOLIS |
| IRMA G. SOLIS |
| IRMA G. SOLIS |

| PLAINTIFF |
| --- |
| NOE SOLIS |
| NOE SOLIS<br>(IRMA G. SOLIS, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| TRINEC SOLIS |
| VERONICA SOLIS |
| ANASTACIO SOSA |
| ISIDORA SOSA |
| LAURA SOSA |
| ROXANNA SOSA<br>(ANASTACIO SOSA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| DAVID RUIZ SR. |
| JOSE FROGOSA SR. |
| BIANCA SULLIVAN<br>(MINERVA QUINTERO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MONICA SULLIVAN<br>(MINERVA QUINTERO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| VERONICA SULLIVAN<br>(MINERVA QUINTERO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| VALERIE TAMEZ<br>(HERMELINDA ROSAS, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| OTILIA QUINTERO TIJERINA |
| FELICIA TORRES<br>(JESSE TORRES, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| HILDA TORRES |
| JACKIE TORRES<br>(JESSE TORRES, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JESSE TORRES |
| JOSEPH TORRES<br>(SYLVIA TORRES, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MANUEL TORRES<br>(SANTANA TORRES, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| RICARDO TORRES |
| SABRINA TORRES<br>(JESSE TORRES, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| SANTANA TORRES |
| SYLVIA TORRES |
| DIANA TREJO |

| PLAINTIFF |
|---|
| GILBERT TREJO<br>(DIANA TREJO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| CASSANDRA G. TREVINO<br>(HOMER TREVINO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| HOMER TREVINO |
| IRENE B. TREVINO |
| JENNIFER TREVINO<br>(IRENE B. TREVINO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JOHN PAUL TREVINO<br>(JUAN M. TREVINO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JOSETTE TREVINO<br>(IRENE B. TREVINO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JUAN M. TREVINO |
| BEATRICE L. VALDEZ<br>(ERLINDA MARTINEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| IMELDA VALDEZ |
| MARIA R. VALDEZ |
| MARIANNAL VALDEZ<br>(ERLINDA MARTINEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| AMERICO VALDEZ JR.<br>(IMELDA VALDEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| APRIL VASQUEZ<br>(SONIA R. VASQUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| CELIA VASQUEZ<br>(MARIA VASQUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ESTEVAN VASQUEZ |
| FLOR E. JACKSON VASQUEZ |
| JUAN JAVIER VASQUEZ<br>(SONIA R. VASQUEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MARIA VASQUEZ |
| MARISELA VASQUEZ |
| SONIA R. VASQUEZ |
| FRANCISCO VASQUEZ JR. |
| MARTIN VENEGAS |
| MICHAEL VENEGAS<br>(PASTY E. VENEGAS, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MONICA VENEGAS<br>(PASTY E. VENEGAS, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| PASTY E. VENEGAS |

| PLAINTIFF |
| --- |
| MARTIN VENEGAS, JR.<br>(PASTY E. VENEGAS, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| ALBERTO VILLALPANDO |
| ALEJANDRO VILLALPANDO |
| CHRISTINA VILLALPANDO |
| DALIA VILLALPANDO |
| DANIEL VILLALPANDO |
| DAVID VILLALPANDO<br>(DANIEL VILLALPANDO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| DELIA VILLALPANDO |
| DOMINGO VILLALPANDO |
| ERNESTO VILLALPANDO |
| GUADALUPE VILLALPANDO |
| HERLINDA VILLALPANDO |
| IRENE VILLALPANDO |
| MARIA ELENA VILLALPANDO<br>(DALIA VILLALPANDO, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| MARIA VILLALPANDO |
| ROSANA VILLALPANDO |
| DANNY VILLALPANDO JR. |
| BERTHA VILLAPANDO |
| ALEJANDRO VILLAREAL |
| CHANDRA VILLAREAL<br>(ALEJANDRO VILLARREAL AND VICTORIA VILLAREAL,<br>INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| DARCE STAR VILLAREAL |
| DEBORAH A. VILLAREAL |
| GEORGE VILLAREAL |
| GRACE VILLAREAL<br>(ALEJANDRO VILLARREAL AND VICTORIA VILLAREAL,<br>INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JAVIER VILLAREAL<br>(ROSA VILLAREAL, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JERARDO VILLAREAL<br>(ROSA VILLAREAL, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JOSE VILLAREAL<br>(PATRICIA VILLAREAL, INDIVIDUALLY, AND AS NEXT FRIEND OF) |

| PLAINTIFF |
|---|
| JUAN CARLOS VILLAREAL<br>(ROSA VILLAREAL, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| PATRICIA VILLAREAL |
| ROSA VILLAREAL |
| RYAN VILLAREAL<br>(YOLANDA VILLAREAL, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| SABRINA VILLAREAL<br>(ALEJANDRO VILLARREAL AND VICTORIA VILLAREAL, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| YOLANDA VILLAREAL |
| JOSE M. VILLAREAL JR. |
| VICTORIA VILLARREAL |
| DIANA WYANT |
| AIMEE R. YANEZ<br>(YOLANDA VILLAREAL, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| EMILIA ZAVALA |
| LUISA R. ZAVALA |
| RAMON ZAVALA |
| TOMAS ZAVALA |
| SYLVIA RODRIGUEZ ZUNIGA |

| PLAINTIFF |
|---|
| JESUS HERRERA JR.<br>(JESUS HERRERA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| LORENZO HERRERA JR. |
| EDDIE HUAPE |
| MARIA MAYELA HUAPE<br>(EDDIE HUAPE, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| NORA HUAPE |
| SANDRA M. HUAPE |
| XOCHTYL HUAPE<br>(EDDIE HUAPE, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JOSE H. HUAPE JR. |
| JOSE FROGOSA III<br>(ROSAURA FROGOSA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JOSE MARTINEZ III<br>(JOSE MARTINEZ JR., INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| JACKLYN CORINE DE LA JANIE DE LA GARZA, INDIVIDUALLY,<br>AND AS NEXT FRIEND OF)<br>( |
| ESPERANZA JASSO |
| ESPERANZA JASSO |
| JOSE N. JASSO |
| NOE GARZA JR.<br>(ELIZABETH GARZA, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| HERMINIA JUAREZ |
| ALEJANDRO LARA |
| GUADALUPE LARA |
| GUADALUPE LARA |
| ANTONIO LEAL<br>(NORMALINDA BALLI, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| EDUVINA LEAL |
| ISIDRO LEAL |
| MARIA LEAL |
| MARIA LEAL |
| MATHEW D. LEAL<br>(ISIDRO LEAL III, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| OLIVIA LEAL<br>(NORMALINDA BALLI, INDIVIDUALLY, AND AS NEXT FRIEND OF) |
| REYNALDO LEAL |