126

United States District Court
Southern District of Texas
ENTERED

MAR 0 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA DE JESUS AGUIRRE, ET AL., | § | |
| | § | |
| PLAINTIFFS, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-162 |
| | § | |
| SOUTHERN PACIFIC TRANSPORTATION | § | |
| CO., ET AL. | § | |
| | § | |
| DEFENDANTS. | § | |

### AMENDED ORDER DISSOLVING TEMPORARY RESTRAINING ORDER

The Court withdraws its Order Dissolving Temporary Restraining Order filed March 1, 1999, and substitutes this Order.

On March 1, 1999, the Court held a hearing on defendants' The Dow Chemical Company; Chevron Chemical Company, LLC; Union Carbide Corporation; Hercules Incorporated; and Rhone-Poulenc, Inc., as successor by merger to Stauffer Chemical Company, ("Defendants") Motion for Preliminary Injunction.

At the hearing, plaintiffs' stipulated on the record and in open court that while this case is pending neither they nor anyone acting on their behalf would file suit in state court based on the alleged occurrences at the Red Barn facility in Elsa, Texas. Plaintiffs further stipulated that if they or anyone acted on their behalf filed such a suit, they expressly waived their right to raise the federal Anti-Injunction Act, 28 U.S.C. § 2283, to prohibit a federal court from enjoining the lawsuit.

HOU02:623297.1

Based on plaintiffs' stipulations, Defendants agreed to withdraw their motion for preliminary injunction and to allow the Court to dissolve the temporary restraining order. Accordingly, the temporary restraining order is **DISSOLVED**.

Signed this 2ND day of March, 1999.

_____
United States Magistrate Judge