129

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
                          BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
ENTERED

MAR 1 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARIA DE JESUS AGUIRRE, et al., * | |
| Plaintiffs * | |
| * | |
| VS. * | CIVIL ACTION NO. B-97-162 |
| * | |
| SOUTHERN PACIFIC * | |
| TRANSPORTATION COMPANY, * | |
| Defendant * | |

## ORDER GRANTING MOTION TO EXTEND TEMPORARY RESTRAINING ORDER AND SETTING HEARING FOR DEFENDANTS' MOTION FOR PRELIMINARY INJUNCTION

BEFORE the Court is Defendants' The Dow Chemical Company; Chevron Chemical Company, LLC; Union Carbide Corporation; Hercules Incorporated; and Rhone-Poulenc, Inc., as successor by merger to Stauffer Chemical Company, ("Defendants") Motion to Extend the Temporary Restraining Order and for Hearing on Motion for Preliminary Injunction.

The Court finds that Defendants have established good cause to extend the Temporary Restraining Order an additional ten days. Holding a hearing on Defendants' Motion for Preliminary Injunction separate from the status conference in this case would be a waste of judicial resources as well as create unnecessary expenses and burdens for the parties. Accordingly, Defendants' motion is GRANTED and the Temporary Restraining Order is EXTENDED an additional ten days.

The Court ORDERS that the hearing on Defendants' Motion for Preliminary Injunction shall be held on March 1, 1999, at 2:00 p.m., during the already scheduled status conference in this case.

SIGNED this 26th day of February, 1999.

UNITED STATES MAGISTRATE JUDGE