131

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIA DE JESUS AGUIRRE, ET AL § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-162 |
| § | |
| SOUTHERN PACIFIC RAILROAD § | |
| COMPANY, ET AL § | |

## ORDER DISSOLVING TEMPORARY RESTRAINING ORDER

Came on to be heard Plaintiffs' Motion to Dissolve Temporary Restraining Order, and the Court, have considered Plaintiffs' motion, any response thereto, along with the arguments and authorities of counsel, finds that Plaintiffs' Motion is well taken; and accordingly, the temporary restraining order previously entered is hereby **DISSOLVED**.

Plaintiffs are free to file a proceeding in State Court. All costs are taxed against Defendants who file such relief.

Signed and Entered on this the _1st_ day of _MARCH_ 1999.

_____
JUDGE PRESIDING

cc:   All counsel of record.