134

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
MAR 19 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

MARIA DE JESUS AGUIRRE, ET AL.  §
 §
VS.  §  CIVIL ACTION NO. B-97-162
 §
SOUTHERN PACIFIC TRANSPORTATION  §
CO. AND W.R. GRACE CO.  §

TYPE OF CASE:    __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**APRIL 23, 1999 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MARCH 19, 1999

TO:   MR. MICHAEL COWEN
      MR. MARIO GARCIA
      MR. ARTHUR ALMQUIST
      MR. NORTON COLVIN
      MR. EDMUNDO RAMIREZ
      MS. MARGERY HUSTON
      MR. RICK FANCHER
      MR. VAUGHN WATERS
      MR. F. WALTER CONRAD
      MR. ANDREW SCHIRRMEISTER
      MR. MICHAEL PERRIN
      MR. BURTIS RICE
      MR. FRANK JONES
      MR. TOM LOCKHART
      MS. PATRICIA KELLY
      MR. DAVID BECK
      MR. THOMAS E. GANUCHEAU