IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA DE JESUS AGUIRRE, ET AL. | § | |
| | § | |
| Plaintiffs | § | |
| v. | § | CIVIL ACTION NO. B-97-162 |
| | § | |
| SOUTHERN PACIFIC | § | |
| TRANSPORTATION CO., ET AL. | § | |
| | § | |
| Defendants | § | |

# FIRST SUPPLEMENTAL SCHEDULING ORDER

The following revisions are made to the Court's Scheduling Order dated June 22, 1998:

1) Depositions of the first 40 Plaintiffs having been noticed and only 14 Plaintiffs having appeared for depositions, Plaintiffs shall identify their medical and toxicological screening team by April 23, 1999. By that same date, Plaintiffs shall move to dismiss such Plaintiffs that have no verifiable injury.

2) Plaintiffs' designation of experts (other than medical and economic) and providing reports by May 7, 1999;

3) Depositions of the Plaintiffs' experts (other than medical and economic) in June 1999;

4) Defendants' designation of experts (other than medical and economic) and providing reports by August 1, 1999;

5) Depositions of the Defendants' experts (other than medical and economic) in September, October and November of 1999;

6) Plaintiffs' designation of medical and economic experts and providing reports on the first 14 Plaintiffs already deposed (hereinafter, "first 14 Plaintiffs") by October 1, 1999;

7) The IMEs of the first 14 Plaintiffs in October, 1999;

8) Depositions of the medical and economic experts for the first 14 Plaintiffs in October and November 1999;

9) Defendants' designation of medical and economic experts and providing reports on the first 14 Plaintiffs already deposed by December 15, 1999;

10) Depositions of Defendants' medical and economic experts on the first 14 Plaintiffs by January 31, 2000;

11) Joint Pre-Trial Order on the first 14 Plaintiffs shall be filed on the 14th day of January, 2000;

12) Jury selection on the first 14 Plaintiffs is set for February 4, 2000, at 9:00 a.m., before Magistrate Judge John William Black;

13) Trial on the Merits of the first 14 Plaintiffs is set for February 7, 2000, at 9:00 a.m. before Magistrate Judge John William Black.

All other provisions and paragraphs of the Court's Scheduling Order dated June 22, 1998, not changed herein, remain as entered.

DONE at Brownsville, Texas, on this _19_ day of _MARCH_, 1999.

JOHN WM. BLACK,
U.S. MAGISTRATE JUDGE

*Motion/Order for Status Conference/Scheduling Order*
*Aguirre, et al v. SPTCo., et al*                                                                    Page 6 of 7