137

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
APR 1 3 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | |
|---|---|
| MARIA DE JESUS AGUIRRE, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-162 |
| § | |
| SOUTHERN PACIFIC TRANSPORTATION § | |
| CO. AND W.R. GRACE CO. § | |

TYPE OF CASE:     __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE** **500 E. 10TH STREET** **BROWNSVILLE, TEXAS** | **SECOND FLOOR COURTROOM, #2** |

| DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME: |
|---|---|
| **APRIL 23, 1999 AT 1:30 P.M.** | **APRIL 27, 1999 AT 1:30 P.M.** |

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    APRIL 12, 1999

TO:    MR. MICHAEL COWEN
       MR. MARIO GARCIA
       MR. ARTHUR ALMQUIST
       MR. NORTON COLVIN
       MR. EDMUNDO RAMIREZ
       MS. MARGERY HUSTON
       MR. RICK FANCHER
       MR. VAUGHN WATERS
       MR. F. WALTER CONRAD
       MR. ANDREW SCHIRRMEISTER
       MR. MICHAEL PERRIN
       MR. BURTIS RICE
       MR. FRANK JONES
       MR. TOM LOCKHART
       MS. PATRICIA KELLY
       MR. DAVID BECK
       MR. THOMAS E. GANUCHEAU