141

United States District Court
Southern District of Texas
ENTERED

APR 2 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA DE JESUS AGUIRRE, et al., | * | |
|     Plaintiffs | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-97-162 |
| | * | |
| SOUTHERN PACIFIC | * | |
| TRANSPORTATION COMPANY, | * | |
|     Defendant | * | |

## ORDER GRANTING SECOND TEMPORARY RESTRAINING ORDER

BEFORE the Court again is Defendants' The Dow Chemical Company; Chevron Chemical Company, LLC; Union Carbide Corporation; Hercules Incorporated; and Rhone-Poulenc, Inc., as successor by merger to Stauffer Chemical Company, ("Defendants") Motion for Temporary Restraining Order and Preliminary Injunction filed herein on or about February 22, 1999.

After argument by counsel for Plaintiffs and Defendants, the Court finds that Defendants have established (1) a substantial likelihood of success on the merits; (2) a substantial threat that they will suffer irreparable injury if the temporary restraining order is denied; (3) that the threatened injury outweighs any damage that the temporary restraining order might cause plaintiffs; and (4) that the temporary restraining order will not disserve the public interest. *See Sunbeam Products, Inc. vs. West Bend Co.*, 123 F.3d 246, 250 (5th Cir. 1997).

Accordingly, the Court **GRANTS** Defendants' Motion for Temporary Restraining Order. The Court **ORDERS** that plaintiffs, who are identified in Exhibit A to Defendants Motion for Temporary Restraining Order and Preliminary Injunction, their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this order, are prohibited from filing any lawsuit or other court proceeding in Texas state court on behalf of Plaintiffs and against Defendants for any alleged conduct at, around or regarding the Red Barn facility in Elsa, Texas.

Should new or additional counsel for Plaintiffs appear herein or undertake representation of the existing Plaintiffs, or any of them, then existing Plaintiffs' Counsel of record, Michael Cowen, Keith Livesay, and Mario Garcia are ORDERED to inform such new or additional counsel for Plaintiffs of the existence of this Order and provide a copy of this Order to them.

This Order shall remain in effect until *21 MAY*, 1999.

Signed this *27* day of *APRIL*, 1999.

_____
UNITED STATES MAGISTRATE JUDGE