142

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

APR 29 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | |
|---|---|
| MARIA DE JESUS AGUIRRE, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-162 |
| § | |
| SOUTHERN PACIFIC TRANSPORTATION § | |
| CO. AND W.R. GRACE CO. § | |

TYPE OF CASE:   __X__ CIVIL            ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

HEARING ON ALL PENDING MOTIONS

PLACE:

UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

MAY 21, 1999 AT 2:30 P.M.

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   APRIL 28, 1999

TO:     MR. MICHAEL COWEN
        MR. MARIO GARCIA
        MR. ARTHUR ALMQUIST
        MR. NORTON COLVIN
        MR. EDMUNDO RAMIREZ
        MS. MARGERY HUSTON
        MR. RICK FANCHER
        MR. VAUGHN WATERS
        MR. F. WALTER CONRAD
        MR. ANDREW SCHIRRMEISTER
        MR. MICHAEL PERRIN
        MR. BURTIS RICE
        MR. FRANK JONES
        MR. TOM LOCKHART
        MS. PATRICIA KELLY
        MR. DAVID BECK
        MR. THOMAS E. GANUCHEAU