*145*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
FILED

MAY 21 1999

Michael N. Milby
Clerk of Court

MARIA DE JESUS AGUIRRE, ET AL. §
§
VS. § CIVIL ACTION NO. B-97-162
§
SOUTHERN PACIFIC TRANSPORTATION §
CO. AND W.R. GRACE CO. §

TYPE OF CASE:   __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**SUMMARY JUDGMENT HEARING**

PLACE:                                                      ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**          **SECOND FLOOR COURTROOM**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                        DATE AND TIME:

**AUGUST 19, 1999 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MAY 21, 1999

TO:   MR. MICHAEL COWEN
      MR. MARIO GARCIA
      MR. ARTHUR ALMQUIST
      MR. NORTON COLVIN
      MR. EDMUNDO RAMIREZ
      MS. MARGERY HUSTON
      MR. RICK FANCHER
      MR. VAUGHN WATERS
      MR. F. WALTER CONRAD
      MR. ANDREW SCHIRRMEISTER
      MR. MICHAEL PERRIN
      MR. BURTIS RICE
      MR. FRANK JONES
      MR. TOM LOCKHART
      MS. PATRICIA KELLY
      MR. DAVID BECK
      MR. THOMAS E. GANUCHEAU