United States District Court
Southern District of Texas
FILED

JUN 2 3 1999

Michael N. Milby, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

| | | |
|---|---|---|
| MARIA DE JESUS AGUIRRE, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-162 |
| | § | |
| SOUTHERN PACIFIC TRANSPORTATION | § | |
| CO. AND W.R. GRACE CO. | § | |

TYPE OF CASE:      __X__ CIVIL                    _____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**M. MARIO GARCIA'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**JULY 1, 1999 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:     JUNE 23, 1999

TO:     MR. MICHAEL COWEN
        MR. MARIO GARCIA
        MR. ARTHUR ALMQUIST
        MR. NORTON COLVIN
        MR. EDMUNDO RAMIREZ
        MS. MARGERY HUSTON
        MR. RICK FANCHER
        MR. VAUGHN WATERS
        MR. F. WALTER CONRAD
        MR. ANDREW SCHIRRMEISTER
        MR. MICHAEL PERRIN
        MR. BURTIS RICE
        MR. FRANK JONES
        MR. TOM LOCKHART
        MS. PATRICIA KELLY
        MR. DAVID BECK
        MR. THOMAS E. GANUCHEAU