147

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUN 25 1999

## ORDER

Michael N. Milby, Clerk of Court

| | |
|---|---|
| MARIA DE JESUS AGUIRRE, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-162 |
| § | |
| SOUTHERN PACIFIC TRANSPORTATION § | |
| CO. AND W.R. GRACE CO. § | |

TYPE OF CASE:   __X__ CIVIL                                            ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

**M. MARIO GARCIA'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE** <br> **600 E. HARRISON STREET** <br> **BROWNSVILLE, TEXAS** | **SECOND FLOOR COURTROOM, #2** |

| DATE AND TIME PREVIOUSLY SCHEDULED: | DATE AND TIME: |
|---|---|
| **JULY 1, 1999 AT 1:30 P.M.** | **JULY 19, 1999 AT 2:00 P.M.** |

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 25, 1999

TO:   MR. MICHAEL COWEN
      MR. MARIO GARCIA
      MR. ARTHUR ALMQUIST
      MR. NORTON COLVIN
      MR. EDMUNDO RAMIREZ
      MS. MARGERY HUSTON
      MR. RICK FANCHER
      MR. VAUGHN WATERS
      MR. F. WALTER CONRAD
      MR. ANDREW SCHIRRMEISTER
      MR. MICHAEL PERRIN
      MR. BURTIS RICE
      MR. FRANK JONES
      MR. TOM LOCKHART
      MS. PATRICIA KELLY
      MR. DAVID BECK
      MR. THOMAS E. GANUCHEAU