154

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

| | |
|---|---|
| MARIA DE JESUS AGUIRRE, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-162 |
| § | |
| SOUTHERN PACIFIC TRANSPORTATION § | |
| CO. AND W.R. GRACE CO. § | |

United States District Court
Southern District of Texas
FILED

JUL 20 1999

Michael N. Milby
Clerk of Court

TYPE OF CASE:            __X__ CIVIL                              ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND
M. MARIO GARCIA'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

SEPTEMBER 1, 1999 AT 1:30 P.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JULY 19, 1999

TO:   MR. MARIO GARCIA
      MR. ARTHUR ALMQUIST
      MR. NORTON COLVIN
      MR. EDMUNDO RAMIREZ
      MS. MARGERY HUSTON
      MR. RICK FANCHER
      MR. VAUGHN WATERS
      MR. F. WALTER CONRAD
      MR. ANDREW SCHIRRMEISTER
      MR. MICHAEL PERRIN
      MR. BURTIS RICE
      MR. FRANK JONES
      MR. TOM LOCKHART
      MS. PATRICIA KELLY
      MR. DAVID BECK
      MR. THOMAS E. GANUCHEAU