*170*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 14 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARIA DE JESUS AGUIRRE, ET AL. § | |
| § | |
| Plaintiffs § | |
| v. § | CIVIL ACTION NO. B-97-162 |
| § | |
| SOUTHERN PACIFIC § | |
| TRANSPORTATION CO., ET AL. § | |
| § | |
| Defendants § | |

# FINAL JUDGMENT

Before the Court are motions for summary judgment filed by all defendants, including:

(1) Motion for Summary Judgment filed by defendants Rhone-Poulenc, Inc., as successor by merger to Staufffer Chemical Company; The Dow Chemical Company; Union Carbide Corporation; Chevron Chemical Company; Hercules Incorporated; and Southern Pacific Transportation Company;

(2) Motion for Summary Judgment filed by defendant Elf Atochem;

(3) Motion for Summary Judgment filed by defendant Velsicol Chemical Co.;

(4) Motion for Summary Judgment filed by defendant E.I. duPont de Nemour;

(5) Motion for Summary Judgment filed by defendant B.F. Goodrich Company;

(6) Joinders to Motion for Summary Judgment filed by defendants Olin Corporation; W.R. Grace Company; Mary Jane Berry; Don Berry; FMC Corporation; Sun Oil Company; Ethyl Corporation; and Shell Chemical Company.

After considering defendants' motions, the plaintiffs' response, the summary judgment evidence, and the applicable law, the Court concludes that there is no genuine issue as to any material fact and that defendants are entitled to judgment as a matter of law.

The Court presumes that the filing of this lawsuit by plaintiffs' counsel was in good faith. Unfortunately for plaintiffs, the law regarding toxic tort cases and expert evidence has changed since the lawsuit was filed. The United States Supreme Court, the Texas Supreme Court, and the United States Court of Appeals for the Fifth Circuit have added additional requirements for toxic tort plaintiffs to reccover. *See, e.g. Kumho Tire Co. v. Carmichael,* 119 S.Ct. 1167 (1999); *Merrell Dow Pharmaceauticals, Inc. v. Havner,* 953 S.W.2d 706 (Tex. 1997); *Curtis v. M&S Petroleum, Inc.,* 174 F.3d 661 (5th Cir. 1999).

All defendants' motions for summary judgment are **GRANTED**. The Court **ORDERS** that all plaintiffs' claims against all defendants are **DISMISSED WITH PREJUDICE.**

All relief not expressly granted is hereby **DENIED** and all pending motions not addressed by this order are **DENIED** as **MOOT**.

Signed this 13TH day of September, 1999.

UNITED STATES MAGISTRATE JUDGE